Fill in this information to identify the case:

Debtor name __Fairways Frisco, LP__
United States Bankruptcy Court for the: __Northern__ District of __Texas__
(State)
Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

Column A — Amount of claim — Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim

**2.1** Creditor's name _____
Describe debtor's property that is subject to a lien _____ $_____ $_____

Creditor's mailing address _____

Describe the lien _____

Creditor's email address, if known _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name _____
Describe debtor's property that is subject to a lien _____ $_____ $_____

Creditor's mailing address _____

Describe the lien _____

Creditor's email address, if known _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. $_____